PEOPLE ex rel. MUUS v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Proceeding by the People of the State of New York, on the relation of Frederick Muus, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK, O. & W. RY. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division. Third Department. November 15, 1911.) Proceeding by the People of the State of New York, on the relation of the New York, Ontario & Western Railway Company against the State Board of Tax Commissioners.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SEWELL, J., dissents.

PEOPLE ex rel. NEW YORK, O. & W. RY. CO. v. WOODBURY et al. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Proceeding by the People of the State of New York, on the relation of the New York, Ontario & Western Railway Company, against Egburt E. Woodbury and others, together constituting the State Board of Tax Commissioners of the State of New York.
PER CURIAM. Motion granted, and question certified as follows: Is the return of the state board of tax commissioners sufficient, under section 292 of the tax law (Consol. Laws 1909, c. 60)? See, also, 71 Misc. Rep. 474, 128 N. Y. Supp. 939.

PEOPLE ex rel. SCHWARZSCHILD & SULZBERGER CO. v. LEHMAN, Justice. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York, on the relation of the Schwarzschild & Sulzberger Company, against Irving Lehman, Justice, etc. No opinion. Motion denied. Order filed.

PEOPLE ex rel. SIBLEY et al. v. GRESSER. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Proceeding by the People of the State of New York, on the relation of George Sibley and others, against Lawrence Gresser, as President of the Borough of Queens, the City of New York; the Long Island Railroad Company, intervener. No opinion. Order affirmed, with $50 costs and disbursements. See, also, 134 App. Div. 938, 118 N. Y. Supp. 1135.

PEOPLE ex rel. UNITED ELECTRIC LIGHT & POWER CO., Respondent, v. STATE BOARD OF TAX COM'RS., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Proceeding by the People of the State of New York, on the relation of the United Electric Light & Power Company against the State Board of Tax Commis-

sioners; the City of New York, intervener. (Assessment of 1910.) R. P. Beyer, for appellant. H. J. Hemmens, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WESTBAY, Appellant, v. DELANEY, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York, on the relation of Henry E. Westbay, against Michael Delaney. W. J. Miller, for appellant. J. L. Cadwalader, for respondent. No opinion. Order affirmed on opinion of Lehman, J., at Special Term (130 N. Y. Supp. 833). Order filed.

PEOPLE ex rel. ZIRK v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Proceeding by the People of the State of New York, on the relation of Henry Zirk, against William F. Baker, as Police Commissioner of the City of New York.
PER CURIAM. Determination confirmed, and writ dismissed, with $50 costs and disbursements.
WOODWARD, J., dissents.

PEOPLE'S BANK OF BUFFALO, Respondent, v. GEORGE ALEXANDER CO., Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by the People's Bank of Buffalo against the George Alexander Company. No opinion. Judgment and order affirmed, with costs.

PHELAN, Respondent, v. ALBANY & TROY AMUSEMENT CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by James F. Phelan against the Albany & Troy Amusement Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

PHELPS v. KAUFMAN et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by John O. Phelps against Israel Kaufman and another. No opinion. Motion denied, without costs.

PHELPS v. KAUFMAN et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Kathryne N. Phelps against Israel Kaufman and another. No opinion. Motion denied, without costs.

PHELPS v. SIRE. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Elizabeth Phelps against Leander S. Sire. No opinion. Application denied, with $10 costs. Order signed.